explaining our reasoning has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

■

**James BISHOP, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 72898.**

Missouri Court of Appeals,
Western District.

Aug. 30, 2011.

Ruth Sanders, for Appellant.

Jamie P. Rasmussen, for Respondent.

Before Division Three: JAMES E. WELSH, Presiding Judge, JOSEPH M. ELLIS, Judge and JAMES M. SMART, JR., Judge.

### *ORDER*

PER CURIAM:

James Bishop appeals from the dismissal of his Rule 24.035 motion for post-conviction relief. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. An extended opinion would have no precedential value but a memorandum

■

**Twynette SOLOMON, Appellant,**

v.

**DIVISION OF EMPLOYMENT SECURITY, Respondent.**

**No. WD 73074.**

Missouri Court of Appeals,
Western District.

Aug. 30, 2011.

Mikah K. Thompson, for Appellant.

Larry R. Ruhmann, for Respondent.

Before Division Three: JAMES E. WELSH, Presiding Judge, JAMES M. SMART, JR., Judge and JOSEPH M. ELLIS, Judge.

### *ORDER*

PER CURIAM:

Twynette Solomon appeals from an order issued by the Labor & Industrial Relations Commission disqualifying her from receiving unemployment benefits for five weeks based upon a finding that she was terminated from her employment with Jackson County School District R–VII ("the District") for misconduct related to work. After a thorough review of the record, we conclude that the Commission's order is supported by sufficient competent

evidence in the record, that the Commission acted within its powers, that the decision was not produced by fraud, and that the facts found by the Commission support the award. No jurisprudential purpose would be served by a formal, published opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).